# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES A. ELMORE, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:09-30151-MAP |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing this case for failure to prosecute.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated:  September 9, 2010          By  /s/ *Maurice G. Lindsay*

                                    Maurice G. Lindsay
                                    Deputy Clerk

(Civil Judgment of Dismissal (SSA).wpd - 11/98)
        [jgm.]